**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00330-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARMANDO MALDONADO-MENDOZA,

    Defendant.

---

### ORDER

---

    PURSUANT to and in accordance with the Change of Plea and Immediate Sentencing hearing held before the Honorable Lewis T. Babcock, United States District Judge, on October 19, 2015, it is hereby

    ORDERED that Defendant Armando Maldonado-Mendoza is sentenced to **TIME SERVED.**

    Dated:  October 19, 2015.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          LEWIS T. BABCOCK,
                                          UNITED STATES DISTRICT JUDGE